**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| DAVID EUGENE FERRARA, | : | No. 63 WM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| JEFFERSON COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of July, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.